THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
In the Interest of:  Jason C.,
A Minor Under the Age of
Seventeen,       
Appellant
 
 
 

Appeal from Richland County
H. Bruce Williams, Family Court Judge
Leslie K. Riddle, Family Court Judge

Unpublished Opinion No. 2003-UP-347
Submitted March 26, 2003  Filed May 20, 2003

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh and Assistant Deputy Attorney General Charles H. Richardson 
 and Solicitor Warren B. Giese, all of Columbia, for Respondent.
 
 
 

 PER CURIAM:  Jason C., a Minor 
 Under the Age of Seventeen, pled guilty to assault and battery of a high and 
 aggravated nature.  He was committed to an indeterminate basis, suspended upon 
 a ninety-day determinate sentence and placed at a facility.  Jason C.s appellate 
 counsel filed a brief pursuant to Anders v. California, 386 U.S. 738 
 (1967).  Counsel additionally submitted a petition to be relieved from representation, 
 asserting there are no directly appealable issues of arguable merit.  Jason 
 C. did not file a pro se response with the Court.
After a review of the record pursuant 
 to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we dismiss the appeal and grant counsels petition to be relieved. [1] 
 APPEAL DISMISSED.
CURETON, ANDERSON, and HUFF, JJ., concur.

 
 
 [1] We decide this case without oral argument pursuant to Rule 215, SCACR.